IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| MICHAEL LOUIS FRAZIER "AKA" MS. LuLuBell MICHELLE Plaintiff v. NC DPS et; AL. | ORDER TO SHOW CAUSE FOR A PRELIMINARY INJUNCTION AND A TEMPORARY RESTRAINING |

CIVIL ACTION NO.
1:24CV956

Upon the Complaint, the supporting Affidavits of Plaintiff, and the Memorandum of Law submitted here with it is:

ORDERED that defendants North Carolina Dept. of Public Safety, et al., show Cause in Room _____ of the United States Courthouse, _____, _____, on the _____ day of 20____, at _____ o'clock, why a preliminary injunction should Not issue pursuant to Rule 65(a) of the Federal Rules of Civial Procedure enjoining the defendants, their successors in office, agents and employees and all other persons acting in concert and participation with them, from ALL cross Gender strip searches, withHolding the medically Necessary Adequate Competent Gender Dysphoria Treatments By WPATH Experts,

(1)

To Not withhold necessary TransGender Accommodations that Affirm Her Gender; Hormone Labs to acess levels of Potassium, creatinine, and Prolactin every (90) Days; Expert Evaluation by WPATH Doctors For suitability of Sex Reassignment surgery and Therpy; For NCDPS stop dening the Right For plaintiff to update Gender Marker on state Identification Card; in Refusing to assist with Gender Certification as Required in C1i21 CV880) Consent Judgement; Body Hair Removal Products and Services and OR Tools; Private Shower and dressing AReas where staff and offenders Can Not see plaintiff's Breasts, Buttocks, genitals; To be allowed to socially Transition with Full access to ALL female uniforms, makeup, Hygene, shaving Razor as all other Females in state Custody; Expert Evaluation For Trial to be allowed and ORdered (Fed. R.Civ. P. 35 (1)$(2); Stop the Culture of De Facto Ban on All other treatments in the WPATH-SOC "Triadic treatment sequence" ms. Frazier Hormone therpy has enabled her Breasts to Fully Develope with Now a De Facto Ban on the Rest of the medically Necessary step(2) TWO and step(3) three of "Triadic Treatment sequence"; Stop dening ms. Frazier to Participate in Trade and College Classes on Grounds of Her Gender.

(2)

Case 1:24-cv-00956-DAB-JGM    Document 1-3    Filed 11/18/24    Page 2 of 4

IT IS FURTHER ORDERED that effective immediately and pending the hearing and determination of this order to show cause, the defendants NCDPS et al., and each of their officers, agents, employers, and all persons acting in concert or participation with them, are restrained from the Fourth, Eighth, Fourteenth Amendment Violations; From Violating Article I, section 27 of the State Constitution; From Violating the Americans with Disabilities ACT, 42 U.S.C. §12101 et seq. on the Basis of Gender Discrimination; Stop Violation of Section 504 of the Rehabilitation ACT, 29 U.S.C. §794a on the Basis of Discrimination of Plaintiff's Disability; Violating the Equal Protection Clause and Due Process Clause of the Fourteenth Amendment of United States Constitution For DPS Impermissibly burdens offenders in State Custody by Not Allowing them to Correct their Gender on State issued identification Card As in (1:21CV840) NCDPS is a Active in Concert with North Carolina and the State Laws and Constitution.

(3)

IT IS FURTHER ORDERED that the order to show Cause, and all other papers attached to this application, be served on the aforesaid Plaintiff's and Defendant's by Date [ _____ day of _____, 2024 _____ ].

X _____
Judges signature

Dated: _____

united States District Judge.

(4)