IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

**IN RE:  CIVIL RIGHTS CASES BY INCARCERATED PERSONS**

ORDER REQUIRING RESPONSE
REGARDING REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE

In this district, many cases filed by or on behalf of incarcerated persons raising constitutional claims are automatically referred to United States Magistrate Judges on a district-wide rotation for reports and recommendations. The court encourages the parties to consider consenting to proceed before a Magistrate Judge for final disposition. When handled by recommendation, time must be allowed before entry of judgment for the parties to object to those recommendations.  The recommendation must then be reviewed by the district court.  Because criminal cases take priority under the Speedy Trial Act, this often does not happen immediately, even in the absence of objections.

Magistrate Judges in this district are well-qualified, experienced, and well-equipped to handle final disposition of these cases in a timely manner. They routinely handle claims asserting excessive force, lack of medical care while in custody, and similar constitutional claims.  In accordance with 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73, **a Magistrate Judge may, with consent of the parties, conduct any or all proceedings in a jury or nonjury civil matter and enter a final order in the case.**  While parties have the right to adjudication of such matters by a District Judge and may absolutely withhold consent without adverse substantive consequences, consent referral to a Magistrate Judge for final disposition results in a quicker decision, without waiting for objections. It can cost less, by removing a step requiring attorney time and attention.  By consenting to a final judgment by the Magistrate Judge, litigants do not waive their right to appeal to the United States Court of Appeals for the Fourth Circuit.

The Court therefore directs that all parties consider whether to consent to proceed before a Magistrate Judge, and all parties must advise the Clerk as to whether they consent to disposition by a U.S. Magistrate Judge.

IT IS THEREFORE ORDERED that the Parties SHALL complete and return the attached MDNC Form 85 within **60 days** informing the Clerk's Office as to whether or not they consent to disposition by a U.S. Magistrate Judge.  The Form should not be filed on the ECF docket but must be returned to the Clerk's Office at 324 West Market Street, Greensboro, North Carolina 27401.  Unrepresented parties must return the completed form.

Entered at the direction of the Chief Judge.