| | | |
|---|---|---|
| MICHAEL LOUIS FRAZIER, | ) ) ) | |
| Plaintiff, | ) ) | **DEFENDANTS MOTION FOR PROTECTIVE ORDER FROM EARLY DISCOVERY** |
| v. | ) ) | |
| NC DEPARTMENT OF ADULT CORRECTION, ET AL, | ) ) ) | |
| Defendants | | |

NOW COME served Defendants and move this Court pursuant to Rule 26(c) of the Federal Rules of Civil Procedure for a protective order against Plaintiff's discovery requests. Specifically, Defendants move for a protective order that they need not respond to Plaintiff's previously-served discovery, including "Plaintiff's First Request for Production of Documents (D.E. 42), any other requests for production, interrogatories, or requests for admission previously filed or yet to be filed prior to an entry of a scheduling order, because served DAC Defendants and other Defendants ("Moving Defendants") have not yet responded to the Complaint and the Court has not yet issued a scheduling order.

In support, Moving Defendants rely on the memorandum of law in support of this motion filed contemporaneously herewith.

WHEREFORE, for the reasons set forth above, and in the interests of justice, Moving Defendants respectfully request that the Court grant them a protective order allowing them to not respond to Plaintiff's discovery unless and until the court enter a case management order.

This the 13th day of June, 2025.

**JEFF JACKSON**
**ATTORNEY GENERAL**

/s/ J. Locke Milholland, IV
J. Locke Milholland, IV
Special Deputy Attorney General
N.C. State Bar No.  35449
N.C. Department of Justice
Public Safety Section
P.O. Box 629
Raleigh, North Carolina 27602-0629
Telephone: (919) 716-6540
Facsimile: (919) 716-6761
E-Mail:          jmilholland@ncdoj.gov

**BATTEN MCLAMB SMITH, PLLC**

/s/ Jennifer D. Maldonado
Jennifer D. Maldonado
N.C. State Bar No.: 25708
Attorneys for Defendants Dr. Arthur L.
Campbell, Dr. Abhay Agarwal, P.A. Carmen
Hendricks, and RFNP Diane Browning
4141 Parklake Ave., Suite 350
Raleigh, North Carolina 27612
Telephone: (919) 439-2221
Facsimile: (919) 780-5382
jmaldonado@battenpllc.com

## CERTIFICATE OF SERVICE

I hereby certify that, on the above date, I filed electronically a copy of the foregoing utilizing the CM/ECF System. I also certify that, on the date below, I caused Plaintiff, a *non-CM*/ECF participant, to be served a copy of the foregoing document by depositing a copy of same in the United States mail, first-class postage prepaid, addressed as follows:

Maria Papoulias Wood
Hall Booth Smith, P.C.
5420 Lake Park Blvd., Ste 130
Raleigh, NC 27607
Email: mwood@hallboothsmith.com

Jennifer D. Maldonado
BATTEN MCLAMB SMITH, PLLC
4141 Parklake Ave., Suite 350
Raleigh, North Carolina 27612
Email: jmaldonado@battenpllc.com

Michael Louis Frazier
OPUS No. 0966292
Harnett Correctional Institution
1210 E. McNeil Street
Lillington, NC 27546
*Pro Se Plaintiff*

This the 13th day of June, 2025.

/s/ J. Locke Milholland, IV
J. Locke Milholland, IV
Special Deputy Attorney General

3