IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| MICHAEL LOUIS FRAZIER,<br><br>Plaintiff,<br><br>v.<br><br>NORTH CAROLINA DEPARTMENT OF ADULT CORRECTIONS et al.,<br><br>Defendants. | 1:24-CV-956-DAB-JGM |

**ORDER**

This matter is before the Court for review of the Memorandum Opinion, Order and Recommendation filed on August 10, 2026. *8/10/26 Memorandum Opinion, Order and Recommendation of United States Magistrate Judge* (D.E. 79). The deadline for objections passed on Aug. 27, 2026, and no parties have objected to the Recommendation.

Because there are no objections, the Court "must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. Proc. 72 advisory committee's note). This Court has accordingly reviewed the Recommendation and concludes it contains no clear error. It adopts all recommendations of the magistrate judge.

Accordingly, it is ORDERED that the Magistrate Judge's Recommendation, *8/10/26 Memorandum Opinion, Order and Recommendation*, is ADOPTED. Defendant Dennis' Motion to Dismiss (D.E. 23) is GRANTED and all claims against him are DISMISSED WITH PREJUDICE. Defendants' Motion to Dismiss (D.E. 64) is GRANTED in part and DENIED in part, as the Court GRANTS the motion and DISMISSES WITH PREJUDICE all claims against Agarwal, Amos, Beutler, Browning, Campbell, Catlett, Cobb, Collins, Evans, Faulk, Hardee, Harris,

Hendricks, Hernandez, Hunt, Cooley-Dismukes, Jones, Junker, Langley, Laub, Locklear, Martin, Oxendine, Panter, Peiper, Ruiz, Sheitman, Timmons, Wargo, and Williams in their official capacities, GRANTS the motion and DISMISSES WITH PREJUDICE all claims against NCDAC, GRANTS the motion and DISMISSES WITH PREJUDICE all claims against Evans, Hernandez, Martin, Ruiz, Laub, and Wargo in their individual capacities (D.E. 64), GRANTS the motion and DISMISSES WITHOUT PREJUDICE all claims against Agarwal, Amos, Beutler, Browning, Campbell, Catlett, Cobb, Collins, Faulk, Hardee, Harris, Hendricks, Cooley-Dismukes, Jones, Junker, Langley, Laub, Locklear, Oxendine, Panter, Peiper, Sheitman, and Williams in their individual capacities (D.E. 64), and DENIES the motion to dismiss the Section 1983 claims and North Carolina constitutional claims against Hunt, Goodman, and Timmons in their individual capacities (D.E. 64). Furthermore, the Court DENIES Frazier's motion for a preliminary injunction (D.E. 43), DENIES Frazier's motion for leave to file an amended complaint (D.E. 47), and DENIES Frazier's motion to attach exhibits to the complaint (D.E. 48).

This the 3rd day of September, 2026.

*/s/ David A. Bragdon*
United States District Judge